JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETSTEM BIOPHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA STEM CELL TREATMENT CENTER, INC., <br><br> Defendant. | Case No. 2:19-cv-04728-AB (PDx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown by **December 6, 2023** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

All dates, including the October 31, 2023, trial date, are **VACATED**.

**SO ORDERED.**

Dated: October 26, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.